**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FREE STREAM MEDIA CORP. d/b/a SAMBA TV,<br><br>        Plaintiff,<br><br>   v.<br><br>ALPHONSO INC.,<br><br>        Defendant. | Civil Action No. 2:15-cv-01725-RWS<br><br>JURY TRIAL DEMANDED |
| FREE STREAM MEDIA CORP. d/b/a SAMBA TV,<br><br>        Plaintiff,<br><br>   v.<br><br>ALPHONSO INC.,<br><br>       Defendant. | Civil Action No. 2:16-cv-00704-RWS<br><br>JURY TRIAL DEMANDED |

**DEFENDANT ALPHONSO INC.'S
NOTICE OF COMPLIANCE REGARDING P.R. 3-7**

Defendant Alphonso Inc. hereby notifies the Court that on February 24, 2017, pursuant to the Discovery and Docket Control Orders, it served its P.R. 3-7 disclosure (Opinion of Counsel Defenses) on counsel of record for Plaintiff.

Dated: February 27, 2017

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092
Email: jainsworth@wilsonlawfirm.com

        Claude M. Stern
        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP
        555 Twin Dolphin Drive, 5th Floor
        Redwood Shores, California 94065
        Telephone: (650) 801-5000
        Facsimile: (650) 801-5100
        Email: claudestern@quinnemanuel.com

        Jordan Kaericher
        Tigran Guledjian
        Valerie Roddy
        Rachel Bressi
        Scott Florance
        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP
        865 South Figueroa Street, 10th Floor
        Los Angeles, California 90017
        Telephone: (213) 443-3000
        Facsimile: (213) 443-3100
        Email:  jordankaericher@quinnemanuel.com
        Email: tigranguledjian@quinnemanuel.com
        Email: valerieroddy@quinnemanuel.com
        Email:  rachelbressi@quinnemanuel.com
        Email: scottflorance@quinnemanuel.com

        ATTORNEYS FOR DEFENDANT
        ALPHONSO INC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of February, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Jennifer P. Ainsworth*
        Jennifer P. Ainsworth